Thomas A. **CHILTON, Jr.,** Petitioner–Appellant,

v.

Page **TRUE, Warden,** Respondent–Appellee.

No. 13–6725.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 20, 2013.

Decided: Aug. 23, 2013.

Thomas A. Chilton, Jr., Appellant Pro Se. Donald Eldridge Jeffrey, III, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before KING, SHEDD, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas A. Chilton, Jr., appeals the magistrate judge's order denying his motion for transcripts. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *Chilton v. True,* No. 3:05–cv–00490–JRS–MHL (E.D.Va. Apr. 23, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*